**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Index No. |

## DECLARATION OF DAMIAN VALLEJO IN SUPPORT OF THE APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

I, Damian Vallejo, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am a partner of the law firm of Dunning Rievman & MacDonald LLP, which is counsel to FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC and Corbin ERISA Opportunity Fund, Ltd. ("**FourWorld**") and Harspring Capital, LP ("**Harspring**" and, together with FourWorld, "**Petitioners**"). I submit this declaration in support of Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782 (the "**Application**").

2. Petitioners bring this Application under 28 U.S.C. § 1782 to obtain limited discovery from J. Christopher Flowers ("**Mr. Flowers**") for use in the appraisal proceedings 2024: Nos. 333 and 334 before the Supreme Court of Bermuda (the "**Bermuda Court**") to determine the fair value of its shareholdings in Enstar Group Limited ("**Enstar**" or the

"**Company**") pursuant to Section 106(6) of the Bermuda Companies Act of 1981 (the "**Appraisal Proceedings**").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the proposed subpoena that Petitioners seek to serve on Mr. Flowers in connection with the Appraisal Proceedings.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Definitive Proxy Statement that Enstar filed with the Securities & Exchange Commission on October 11, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a May 1, 2012, press release issued by Enstar announcing the acquisition of Mr. Flowers' Enstar stake by Trident V, a private equity fund managed by Stone Point Capital LLC.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a July 29, 2024, press release issued by Enstar announcing its acquisition by Sixth Street.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a November 6, 2024, press release issued by Enstar announcing the approval of the Sixth Street transaction by Enstar's shareholders.

8. Attached hereto as **Exhibit 6** is a true and correct of a June 28, 2023, information and recommendation letter for the Town of Palm Beach Council Meeting involving the construction of Mr. Flowers' Palm Beach residence.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Flowers' LinkedIn profile.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Mr. Flowers' LinkedIn profile resume.

Dated: February 27, 2025

/s/ Damian Vallejo
Damian Vallejo
Dunning Rievman & MacDonald LLP
1350 Broadway, Suite 2220
New York, New York 10018
(646) 680-9236
dvallejo@drmlaw.com

*Attorney for Petitioners*