UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MC-80282-ROSENBERG

FOURWORLD GLOBAL OPPORTUNITIES
FUND, et al.,

    Petitioner,

v.

J. CHRISTOPHER FLOWERS,

    Respondent.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Bruce E. Reinhart for all non-dispositive matters and for a Report and Recommendation for any dispositive issues.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of March, 2025.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record