IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-MC-80282-MD/BER

FOURWORLD SPECIAL OPPORTUNITIES
FUND, LLC, et al.,

    Petitioners,

v.

J. CHRISTOPHER FLOWERS,

    Respondent.

_____/

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR THE PARTIES TO FILE ANY MOTION PRACTICE RELATED TO THE DISCOVERY SOUGHT IN THE SUBPOENA FROM SEPTEMBER 8, 2025 TO NOVEMBER 14, 2025**

THIS MATTER came before the Court upon Petitioners and Respondent's Joint Motion to Extent the Deadline for the Parties to file any motion practice related to the discovery sought in the Subpoena from September 8, 2025 to November 14, 2025 ("Motion"). I have reviewed the Motion and all other pertinent portions of the record, and

it is **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED.** Respondent shall have until November 14, 2025 to move to quash or limit the Subpoena.

**DONE AND ORDERED** in West Palm Beach in the Southern District of Florida, this 8th day of September, 2025.

                                                                                 _____
                                                                                 BRUCE E. REINHART
                                                                                 UNITED STATES MAGISTRATE JUDGE